UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FABIAN MONGE-CAMPOS,

                Petitioner,

        - against –

BONDI et al.,

                Respondents.
------------------------------------------------------------------- X

**JUDGMENT**

26-CV-1056 (OEM)

A Memorandum and Order of Honorable Orelia E. Merchant, United States District

Judge, having been filed on March 4, 2026, granting the Petition; it is

ORDERED and ADJUDGED that the Petition is granted; Respondents are ordered to

immediately release Petitioner from custody; and by March 5, 2026, Respondents shall certify

compliance with this order by filing on the docket and noting specifically that Petitioner has been

released.

Dated: Brooklyn, New York
      March 4, 2026

Approved by: _____/s/Orelia E. Merchant_____
             ORELIA E. MERCHANT
             United States District Judge

Dated: Brooklyn, New York
      March 4, 2026

Approved by: _ */s/Brenna B. Mahoney*_____
             BRENNA B. MAHONEY
             Clerk of Court